# United States District Court
## Southern District of Ohio

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 260
Columbus, Ohio 43215

James Bonini                                              Telephone: 614.719.3000
Clerk of Court                                            Facsimile: 614.719.3037

### Related Case Memorandum
### Civil Cases

TO:       (District Judges and Magistrate Judges assigned to alleged related cases)

FROM:     __Chris Williams_____, Case Administrator

DATE:     9/18/09

SUBJECT:  Case Caption: Broom v Ted Strickland_____

CASE      Case Number: _9cv823_____

          File Date: _____9/18/09_____ ___

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Broom v Strickland_____

Case Number: _____9cv823_____        District Judge: ___Marbley_____

File Date: __9/18/09_____             Magistrate Judge: _____Kemp_____

**Related Case(s):**

Case Caption: ____Cooey v. Taft_____

Case Number: _____4cv1156_____           District Judge: _____Frost_____

File Date: _____          Magistrate Judge: _____Abel_____

Memo Re: Related Civil Cases
Page 2

      The District Judges having conferred, we respond to Case Administrator Chris Williams as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  Frost .

☐   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies