CIVIL MINUTES
IN COURT HEARING REGARDING TRO
C2-09-823, ROMELL BROOM V. TED STRICKLAND, ET AL.

PLAINTIFF COUNSEL: ADELE SHANK & TIM SWEENEY
DEFENDANTS COUNSEL: CHARLES WILLE & ADAM VAN HO
COURT REPORTER: DENISE ERRETT
COURTROOM DEPUTY: SCOTT MILLER

The parties orally advised the Court that an agreement had been reached between them.
The Court grants the request for a temporary restraining order for ten days.
The Court will enter an order setting this matter for an Oral Hearing on the Plaintiff's Motion for Preliminary Injunction for September 28, 2009 at 9:00 a.m.