**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**FILED**

TIME_____

SEP 1 8 2009

JAMES BONINI, Clerk
COLUMBUS, OHIO

**ROMELL BROOM,**

Plaintiff,

v.

**TED STRICKLAND, et al.,**

Defendants.

Case No. 2:09-cv-823
**JUDGE GREGORY L. FROST**
Magistrate Judge Terence P. Kemp

## AGREED ORDER

On September 18, 2009, Plaintiff, Romell Broom, filed the captioned case (Doc. # 3) and a motion for a temporary restraining order and preliminary injunction (Doc. # 4). Pursuant to S.D. Ohio Civ. R. 65.1, the Court therefore held an informal preliminary conference with the parties, followed by an in-court hearing in which the parties asked this Court to approve a temporary restraining order staying the execution of Plaintiff for a period of ten days.

This Agreed Order memorializes the results of these proceedings as follows:

(1) By the request and agreement of the parties, the Court **GRANTS** the motion for a temporary restraining order. Thus, it is **ORDERED, ADJUDGED,** and **DECREED** that the State of Ohio, and any person acting on its behalf, is hereby **STAYED** from implementing an order for the execution of Romell Broom issued by any court of the State of Ohio for a period of ten days from the date of filing of this Agreed Order. Unless otherwise ordered by this Court, the temporary restraining order shall expire at 11:59 p.m. on September 28, 2009.

(2) The Court schedules an in-court hearing on the motion for a preliminary injunction for September 28, 2009, at 9:00 a.m. in a courtroom to be determined.

(3) Defendants shall file a memorandum in opposition to the motion for a preliminary

injunction by 4:00 p.m. on September 23, 2009.  Plaintiff shall file a reply memorandum by 4:00

p.m. on September 25, 2009.

**IT IS SO ORDERED**.

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE


**APPROVED BY**:

Timothy F. Sweeney, Esq.
Counsel for Plaintiff Romell Broom

S. Adele Shank, Esq.
Counsel for Plaintiff Romell Broom

Charles L. Wille, Esq.
Counsel for Defendants Ted Strickland, Governor,
Terry Collins, Director, Phil Kerns, Warden,
John/Jane Doe # 1, Execution Team Member,
John/Jane Doe # 2, Execution Team Member,
John/Jane Doe # 3, Execution Team Member,
John/Jane Doe # 4, Execution Team Member,
John/Jane Doe # 5, Execution Team Member,
John/Jane Doe # 6, Execution Team Member,
John/Jane Doe # 7, Execution Team Member,
John/Jane Doe # 8, Execution Team Member,
John/Jane Doe # 9, Execution Team Member,
John/Jane Doe # 10, Execution Team Member,
John/Jane Doe # 11. Execution Team Member,
John/Jane Doe # 12. Execution Team Member