## THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **Romell Broom,** | : | |
| | : | |
| Plaintiff, | : | **Case No.  2:09-cv-823** |
| | : | |
| v. | : | **Judge Gregory Frost** |
| | : | |
| | : | **Magistrate Judge Kemp** |
| **Ted Strickland, et al.,** | : | |
| | : | |
| Defendants. | | |

---

## ORDER GRANTING ACCESS TO ROMELL BROOM
## FOR MEDICAL EXAMINATION

---

Upon the oral motion of Romell Broom and following a telephone status conference with counsel for all parties present, it is the order of this Court that Dr. Mark Heath shall be granted access to Romell Broom by the Ohio Department of Rehabilitation and Correction for purposes of examination, evaluation, and preservation of evidence. Dr. Heath shall be permitted to bring into the institution and examination area medical equipment including a medical use camera. The examination shall occur on September 22, 2009 between 9:00AM and 6:00PM. Romell Broom is currently housed at the Ohio State Penitentiary in Youngstown, Ohio. Should Mr. Broom be moved, access will be permitted to any Ohio Department of Rehabilitation and Correction facility in which he is housed.

   **IT IS SO ORDERED**.

                                    /s/ Gregory L. Frost
                                    GREGORY L. FROST
                                    UNITED STATES DISTRICT JUDGE