THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROMELL BROOM,** )
)
Plaintiff, ) Case No. 2:09-cv-823
)
v. ) Judge Gregory L. Frost
)
) Magistrate Judge Abel
**TED STRICKLAND, et al.,** )
)
Defendants.

**ORDER GRANTING MOTION TO EXTEND TRO
SIXTY DAYS AND ADJUSTED BRIEFING SCHEDULE**

Upon oral motion of the Plaintiff requesting that the temporary restraining order issued in this case on September 18, 2009 (Docket No. 7) be extended sixty (60) days until 11:59 P.M., November 30, 2009, and pursuant to discussion with Defendants' counsel, and in light of the fact that Defendants have entered no objection to the requested extension, it is the order of this Court that the motion is GRANTED, and the following briefing schedule is adopted:

1) Defendants shall file any opposition to Plaintiff Broom's motion for a temporary restraining order and preliminary injunction (Docket No. 4) on or before the date that is 14 days before any new date the Court may set for a hearing on Broom's motion; and

2) Plaintiff Broom shall file any reply in support of his motion on or before the date that is 7 days after service of the defendants' opposition to the motion.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE