IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROMELL BROOM,**

    **Plaintiff,**

    v.                                Case No. 2:09-cv-823
                                       JUDGE GREGORY L. FROST
**TED STRICKLAND, et al.,**        Magistrate Judge Mark R. Abel

    **Defendants.**

## ORDER

On November 5, 2009, Defendants filed a motion to dismiss. (Doc. # 20.) Pursuant to S. D. Ohio Civ. R. 1.1(c), the Court **ORDERS** that the parties adhere to the following expedited schedule rather than the schedule set forth in S. D. Ohio Civ. R. 7.2(a)(2):

(1) Plaintiff shall file a memorandum in opposition by November 17, 2009;

(2) Defendants shall file a reply memorandum by November 24, 2009; and

(3) The motion to dismiss shall come on for a non-oral hearing on November 25, 2009.

**IT IS SO ORDERED**.

                                            /s/ Gregory L. Frost
                                      GREGORY L. FROST
                                      UNITED STATES DISTRICT JUDGE