UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROMELL BROOM,**

                Case No. C2-09-823
                JUDGE GREGORY L. FROST
                Magistrate Judge Abel

        **Plaintiff,**

  v.

**TED STRICKLAND, Governer, et al.,**

        **Defendants.**

## ORDER

Plaintiff's Motion for a Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff for the December 9, 2009 Hearing (Doc. # 26) shall come on for a non-oral hearing on December 3, 2009.

**IT IS SO ORDERED.**

                        /s/   Gregory L. Frost
                        GREGORY L. FROST
                        UNITED STATES DISTRICT JUDGE