IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Richard Cooey, et. al.,<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:04-cv-11566<br>District Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel |
| Brett Hartman<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:09-cv-242<br>District Judge Gregory L. Frost<br>Magistrate Judge E. A. Preston Deavers |
| Romell Broom<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:09-cv-823<br>District Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel |
| Lawrence Reynolds et. al.,<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:10-cv-27<br>District Judge Gregory L. Frost<br>Magistrate Judge Terrence P. Kemp |

### PLAINTIFF BASTON'S AGREED MOTION FOR AN ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Baston, though counsel, and with the agreement of Defendants through counsel, hereby respectfully requests that this Court grant his motion for an Order voluntarily dismissing his action with prejudice, which dismissal is, by agreement, to be effective at 12:01 a.m. on March 11, 2011.

This Motion is made pursuant to the terms of a settlement agreement Plaintiff Baston entered with all Defendants (Plaintiff Carter entered the same agreement). Recognizing that Mr. Baston faces an execution scheduled for March 10, 2011 at 10:00 a.m., and that under Ohio law, the death warrant authorizing the execution expires at midnight on March 10, 2011, Mr. Baston

and Defendants included the following provision in their settlement agreement:

> This Agreement is entered into in consideration of the attached Stipulations of Voluntary Dismissal With Prejudice, which shall be filed for both Baston and Carter on or before March 9, 2011; but which shall, for Baston, be deemed effective at 12:01 a.m. on March 11, 2011, and for Carter at 12:01 a.m. on April 13, 2011. The effective date and time of the voluntary dismissals is intended only for the limited purpose of permitting counsel who may witness Baston's or Carter's execution to have an action pending in connection with which they can ask the Court to halt an execution after the death warrant is read should counsel decide such a step is necessary. The effectuation of this Agreement is conditioned upon the Court's approval of these voluntary dismissals, and the performance of the terms contained herein.

In keeping with this provision of the settlement agreement, counsel for the parties signed the attached document captioned PLAINTIFF BASTON'S AGREED VOLUNTARY DISMISSAL WITH PREJUDICE.

For these reasons, Plaintiff Baston asks this Court to enter an Order dismissing his case with prejudice, effective at 12:01 a.m. on March 11, 2011.

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory W. Meyers* | */s/ Charles L. Wille* |
| GREGORY W. MEYERS (0014887) | CHARLES L. WILLE (0056444) |
| Senior Assistant Ohio Public Defender | Principal Assistant Ohio Attorney General |
| Office of the Ohio Public Defender | Office of the Ohio Attorney General |
| 250 E. Broad St., Suite 1400 | 150 E. Gay Street, 16th Floor |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| (614) 466-5394 | (614) 728-7055 |
| | |
| COUNSEL FOR PLAINTIFF BASTON | COUNSEL FOR ALL DEFENDANTS |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| Richard Cooey, et. al.,<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:04-cv-11566<br>District Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel |
| **Brett Hartman**<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:09-cv-242<br>District Judge Gregory L. Frost<br>Magistrate Judge E. A. Preston Deavers |
| **Romell Broom**<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:09-cv-823<br>District Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel |
| Lawrence Reynolds et. al.,<br>　　　　Plaintiffs,<br>v.<br><br>John Kasich, et. al.,<br>　　　　Defendants. | Case No. 2:10-cv-27<br>District Judge Gregory L. Frost<br>Magistrate Judge Terrence P. Kemp |

## **PLAINTIFF BASTON'S AGREED VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Baston and all Defendants, through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), that Mr. Baston's action is dismissed with prejudice effective at 12:01 a.m. on March 11, 2011.

_/s/ Gregory W. Meyers_
GREGORY W. MEYERS (0014887)
Senior Assistant Ohio Public Defender
COUNSEL FOR PLAINTIFF BASTON

_/s/ Charles L. Wille_
CHARLES L. WILLE (0056444)
Principal Assistant Ohio Attorney General
COUNSEL FOR ALL DEFENDANTS