UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD COOEY, et al.,**

    **Plaintiffs,**

  v.                                     **Case No. 2:04-cv-1156**
                                      **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**JOHN KASICH, et al.,**

    **Defendants.**

**BRETT HARTMAN,**

    **Plaintiff,**

  v.                                     **Case No. 2:09-cv-242**
                                      **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge E.A. Preston Deavers**

**JOHN KASICH, et al.,**

    **Defendants.**

**ROMELL BROOM,**

    **Plaintiff,**

  v.                                     **Case No. 2:09-cv-823**
                                      **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**JOHN KASICH, et al.,**

    **Defendants.**

**LAWRENCE REYNOLDS,**

    **Plaintiff,**

  v.                                     **Case No. 2:10-cv-27**
                                      **JUDGE GREGORY L. FROST**
                                      **Magistrate Judge Mark R. Abel**

**JOHN KASICH, et al.,**

    **Defendants.**

**<u>ORDER</u>**

The consolidated cases are before the Court for consideration of the joint motions to dismiss all claims by Plaintiffs Clarence Carter and Johnnie Baston.[1] (ECF Nos. 900, 901.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the motions in accordance with the agreed conditions set forth in the respective motions. The Clerk shall terminate Baston as a party to this litigation effective 12:01 a.m. on March 11, 2011. The Clerk shall terminate Carter as a party to this litigation effective 12:01 a.m. on April 13, 2011.

**IT IS SO ORDERED.**

    /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE

---

[1] For ease of reference, the Court shall refer to filings by their docket numbers in Case No. 2:04-cv-1156. This Order applies, however, to all corresponding filings in each consolidated case.